No. 09–5003/AF. U.S. v. Brandon T. Rose. CCA 36508. On consideration of the motions filed by Brooks Holland, Assistant Professor of Law, Gonzaga University School of Law, to permit law students to appear on behalf of Amicus Curiae, to appear as Amicus Curiae and file untimely brief, and to submit oral argument, it is ordered that said motions are hereby granted, and the Amicus Curiae will be allotted 10 minutes to present oral argument.

No. 12–0377/AR. U.S. v. Randy A. Giddens. CCA 20090598. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 2, 2012.

No. 12–0236/NA. U.S. v. Tyler M. Rossman. CCA 201100186. On consideration of the petition for grant of review of the decision of the United States Navy–Marine